STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. RUFUS ALEXANDER, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted April 15, 1980—Decided April 28, 1980.

Before Judges CRANE, MILMED and KING.

*James T. O'Halloran*, Prosecutor of Hudson County, attorney for appellant (*Anthony A. Catalano*, Assistant Prosecutor, on the brief).

*Willis & Maslo,* attorneys for respondent (*Peter R. Willis* on the brief).

PER CURIAM.

The order under review is affirmed substantially for the reasons expressed by Judge Thuring in his opinion of July 18, 1979, reported at 170 *N.J.Super.* 298 (Law Div.1979).